UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL WEAVER** | : 4:14-CV-1190 |
| | : |
| **Plaintiff** | : |
| | : |
| **vs.** | : |
| | : |
| **NATIONAL CREDIT ADJUSTERS LLC** | : |
| | : |
| **Defendant** | : |

## DEFAULT

    Pursuant to request for entry of default filed August 18, 2014, default is hereby entered against defendant National Credit Adjusters, L.L.C. for failure to answer, plead or otherwise respond to the complaint in this matter.

    Maria E. Elkins, Clerk of Court

    s/Lisa A. Gonsalves
      Deputy Clerk

August 19, 2014